UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ILLINOIS | ) |
|         Plaintiffs, | ) Case No. 1: 14-cv-09548 |
| v. | ) Judge Gary Feinerman |
| WELLS FARGO & CO., WELLS FARGO FINANCIAL, INC., WELLS FARGO Bank, N.A., and WELLS FARGO "John Doe" CORPS 1-375 | ) |
|         Defendants. | ) |

**JOINT AGREED MOTION FOR LEAVE FOR DEFENDANTS TO FILE AN OVERSIZED BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS AND PLAINTIFF TO FILE AN OVERSIZED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Defendants Wells Fargo & Co., Wells Fargo Financial, Inc. and Wells Fargo Bank, N.A. (collectively "Defendants") and Plaintiff County of Cook, Illinois respectfully request that this Court grant Defendants leave to file an oversized brief in support of their Motion to Dismiss, due on January 26, 2015, and Plaintiff leave to file an oversized brief in opposition to Defendants' Motion to Dismiss. In support of their Motion, the parties state as follows:

1. On November 28, 2014, Plaintiff filed suit against Defendants alleging violations of the Fair Housing Act. Plaintiff's Complaint is 152 pages containing 424 paragraphs of allegations. (Dkt. 1.)

2. On December 19, 2014, Defendants moved for an extension of time to answer or otherwise plead until January 26, 2015. (Dkt. 14.) The Court granted the motion on December 22, 2014. (Dkt. 16.)

3. Defendants are preparing a brief in support of their motion to dismiss Plaintiff's Complaint. Defendants have attempted to adhere to Local Rule 7.1 limiting briefs to fifteen

pages or less. Given the fact that Plaintiff's Complaint is 152 pages containing 424 paragraphs of allegations against the Defendants; Defendants respectfully request that they be granted leave to file a joint memorandum of law in support of their motion to dismiss not to exceed thirty (30) pages in order to fully and adequately address Plaintiff's claims. To comply with Local Rule 7.1, Defendants' memorandum of law would include both a table of contents and a table of authorities.

4. Plaintiff respectfully requests that it be granted leave to file an opposition in Defendants' Motion to Dismiss not to exceed 30 pages in order to fully and adequately address Defendants' arguments. To comply with Local Rule 7.1, Plaintiff's memorandum of law would include both a table of contents and a table of authorities.

5. Counsel for the parties have consulted with each other and agree to the above specified oversized page limits.

WHEREFORE, Defendants Wells Fargo & Co., Wells Fargo Financial, Inc., and Wells Fargo Bank, N.A. and Plaintiff County of Cook, Illinois respectfully requests that this Court grant this Motion and permit Defendants to file a memorandum of law in support of their motion to dismiss in excess of fifteen (15) pages, but not to exceed thirty (30) pages and to permit Plaintiff to file a memorandum of law in opposition to Defendants' motion to dismiss in excess of fifteen (15) pages, but not to exceed thirty (30) pages.

Dated: January 15, 2015

| _/s/ Daniel A. Dailey | _/s/ Robert Y. Sperling_____ |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| James D. Montgomery, Sr. | Robert Y. Sperling |
| James D. Montgomery, Jr. | Joseph L. Motto |
| Michelle M. Montgomery | Christopher J. Letkewicz |
| John K. Kennedy | WINSTON & STRAWN LLP |
| Daniel A. Dailey | 35 West Wacker Dr. |

JAMES D. MONTGOMERY &
ASSOCIATES LTD.
One North LaSalle Street, Suite 2450
Chicago, IL 60602
Phone: (312) 977-0200
Fax: (312) 977-0209
ddailey@jdmlaw.com

James M. Evangelista (*pro hac vice*)
Jeffrey R. Harris (*pro hac vice*)
Darren W. Penn (*pro hac vice*)
David J. Worley (*pro hac vice*)
Leslie G. Toran (*pro hac vice*)
HARRIS PENN LOWRY, LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA
Phone (404) 961-7650
Fax: (404) 961-7651
jim@hpllegal.com

Chicago, IL 60601-9703
Phone: (312) 558-5600
rsperling@winston.com

Elizabeth P. Papez (*pro hac vice application pending*)
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006
Phone: (202) 282-5678

John T. Roache
Sara E. Fletcher
K&L GATES LLP
Three First National Plaza
70 West Madison Street, Suite 3000
Chicago, IL 60602-4207
Phone: (312) 372-1121
Fax: (312) 827-8000

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2015, I caused a true and correct copy of the foregoing to be served upon counsel of record by electronic filing.

/s/ Christopher J. Letkewicz
One of the attorneys for Defendants
