**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

_____

|  |  |  |
|---|---|---|
| | ) | |
| COUNTY OF COOK, ILLINOIS | ) | **Case No. 1: 14-cv-09548** |
| Plaintiffs, | ) | |
| v. | ) | Judge Gary Feinerman |
| | ) | |
| WELLS FARGO & CO., WELLS FARGO | ) | |
| FINANCIAL, INC., WELLS FARGO Bank, | ) | |
| N.A., and WELLS FARGO "John Doe" | ) | |
| CORPS 1-375 | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DECLARATION OF DANIEL A. DAILEY IN SUPPORT OF PLAINTIFF'S**
**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Daniel A. Dailey, declare:

1.      I am an associate in the law firm James D. Montgomery and Associates, Ltd. and counsel to Plaintiff County of Cook (hereinafter, "Plaintiff") in the above-captioned lawsuit. I submit this Declaration in support of Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss.

2.      Attached as Exhibit A is a true and correct copy of the March 3, 2015 the United States District Court for the Northern District of Georgia Atlanta Division. *Dekalb County et al., v. HSBC et al.,* 1:12-cv-03640-ELR Doc #75 (March 3, 2015).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March 2015

/s/ Daniel A. Dailey
Daniel A. Dailey

1