UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ILLINOIS, ) | |
| Plaintiffs, ) | Case No. 1: 14-cv-09548 |
| v. ) | |
| ) | Judge Gary Feinerman |
| WELLS FARGO & CO., WELLS FARGO ) | |
| FINANCIAL, INC., WELLS FARGO ) | |
| Bank, N.A., and WELLS FARGO "John ) | |
| Doe" CORPS 1-375, ) | |
| Defendants. | |

## DECLARATION OF KENT S. RAY
## STATE'S ATTORNEY FOR COOK COUNTY, ILLINOIS

Pursuant to 28 U.S.C. § 1746, I, Kent S. Ray, hereby provide the following declaration in Opposition to Defendants' Motion to Dismiss the Complaint in the above-captioned matter.

1. I am over 21 years of age and I am legally competent to execute this sworn declaration. The facts stated herein are based on my personal knowledge and are true. I am an Assistant State's Attorney and the Supervisor of the Municipal Litigation Unit in the Cook County State's Attorney's Civil Actions Bureau. I submit this declaration in support of Plaintiff Cook County's opposition to the defendants' motion to dismiss.

2. The State's Attorney for Cook County has the statutory duty to represent Cook County in civil matters where Cook County has an interest. As such, it would be the State's Attorney for Cook County, and not the Illinois Attorney General, who would have the authority to assert a Fair Housing Act claim on behalf of Cook County.

3. The Office of the State's Attorney has asked the Office of the Attorney General as to whether it wishes to have any input in these proceedings on this issue and is awaiting a formal response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2015

Kent S. Ray