IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTY OF COOK, ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-cv-09548 |
| | ) | |
| WELLS FARGO & CO., ET AL., | ) | Judge Gary Feinerman |
| | ) | |
| Defendants. | ) | |

## MOTION OF JAMES D. MONTGOMERY, JR. TO WITHDRAW AS COUNSEL FOR PLAINTIFF COUNTY OF COOK, ILLINOIS

James D. Montgomery, Jr. hereby moves for leave to withdraw as counsel for plaintiff County of Cook, Illinois. In support of this motion, movant states as follows:

1. I appeared in this matter as an associate with the law firm of James D. Montgomery & Associates, Ltd. and represented the plaintiff in such capacity in this matter.

2. I have left the employ of James D. Montgomery & Associates, Ltd. and as such, I can no longer represent plaintiff and respectfully request to withdraw my appearance.

WHEREFORE, movant respectfully requests that this Court enter an order terminating him as counsel for plaintiff County of Cook, Illinois.

Respectfully submitted,

BY: /s/ James D. Montgomery, Jr.
James D. Montgomery, Jr.
Montgomery Law Firm, LLC
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
(312) 880-1001