## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

County of Cook

                Plaintiff,

v.                                               Case No.: 1:14−cv−09548

                                                             Honorable Gary Feinerman

Wells Fargo & Co., et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2016:

        MINUTE entry before the Honorable Gary Feinerman:Having considered the parties' positions [95], this matter is stayed pending the Supreme Court's decision in Bank of America Corp. v. City of Miami, No. 15−1111, which is likely to resolve the legal issues (whether the FHA's zone of interests requirement is more stringent than Article III standing and, if so, whether Plaintiff is an "aggrieved person" under the FHA) underlying this court's dismissal of the complaint [59][60] and Defendants' motion to dismiss the amended complaint [70]. Given the stay, Defendant's motion to dismiss [70] is denied without prejudice to renewal after the Supreme Court issues its decision. Status hearing set for 7/19/2016 [93] is stricken and re−set for 1/12/2017 at 9:00 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.