UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | Case No. 1:14-cv-09548 |
| Plaintiff, ) | |
| ) | Hon. Gary Feinerman |
| v. ) | |
| ) | |
| ) | |
| WELLS FARGO & CO., et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF ABRAM MOORE IN SUPPORT OF DEFENDANTS' RESPONSES TO PLAINTIFF'S LOCAL RULE 56.1(B)(3) STATEMENT OF ADDITIONAL MATERIAL FACTS ON SUMMARY JUDGMENT**

I, Abram I. Moore, hereby declare as follows:

1. I am a member in good standing of the bar of Illinois and this Court. I am a partner of the law firm of K&L Gates LLP ("K&L Gates") and counsel of record for Defendants Wells Fargo & Co., Wells Fargo Financial, Inc., and Wells Fargo Bank, N.A. (collectively, "Defendants" or "Wells Fargo") in this matter. I submit this Declaration of Abram Moore in Support of Defendants' Responses to Plaintiff's Local Rule 56.1(B)(3) Statement of Additional Material Facts on Summary Judgment (the "Response"). The Response is being filed contemporaneously with this Declaration.

2. I make this declaration based upon my personal knowledge, information provided to me by co-counsel for the Defendants including those acting under my direction, supervision, and control, as well as my review of documents, deposition transcripts, discovery and/or information produced, served, obtained, or filed during the course of this lawsuit. Any highlighting

contained in the exhibits to this Declaration was made by counsel for Defendants and is intended to more clearly identify the material referenced in the Motion.

3. Attached hereto as Exhibit 104 is a true and correct copy of Plaintiff's Third Amended Disclosures Under Federal Rule of Civil Procedure 26(a), which was served by the County in discovery in this lawsuit on January 22, 2021.

4. Attached hereto as Exhibit 105 is a true and correct copy of an excerpt of a transcript of the proceedings, which took place before this Court on March 22, 2022.

5. Attached hereto as Exhibit 106 is a true and correct copy of a document titled "Interagency Fair Lending Examination Procedures" (the "2009 Guidance"). The document marked as Exhibit 106 was used as Exhibit 11 to the deposition of Gary Lacefield, which occurred on November 10, 2021, and is a public document, the full version of which can be accessed at https://www.federalreserve.gov/boarddocs/caletters/2009/0906/09-06_attachment.pdf (last visited on May 17, 2022).

6. Attached hereto as Exhibit 107 is a true and correct copy of the errata sheet, dated April 15, 2019, submitted in connection with the deposition of Kenisha Forbes, which occurred on March 2, 2019.

7. Attached hereto as Exhibit 108 is a true and correct copy of a document titled "Home Opportunities Fundamentals," which is Bates stamped WF-COOK-01495824 and which was produced by Defendants in discovery in this lawsuit.

8. Attached hereto as Exhibit 109 is a true and correct copy of a document titled "Home Credit Solutions - Procedures," which is Bates stamped WF-COOK-00054226 and which was produced by Defendants in discovery in this lawsuit.

9. Attached hereto as Exhibit 110 is a true and correct copy of a document titled "Conforming Intermediate Adjustable Rate Mortgages," which is Bates stamped WF-COOK-00131944 and which was produced by Defendants in discovery in this lawsuit.

10. Attached hereto as Exhibit 111 is a true and correct copy of a document titled "Pick-A-Pay (PAP) or Negatively Amortizing Arm Inquiries" which is Bates stamped WF-COOK-00524606 and which was produced by Defendants in discovery in this lawsuit.

11. Attached hereto as Exhibit 112 is a true and correct copy of a document titled "Subprime Industry Leadership Model, Reference Guide (December 2003)," which is Bates stamped WF-COOK-01009689 and which was produced by Defendants in discovery in this lawsuit.

12. Attached hereto as Exhibit 113 is a true and correct copy of a document titled "Compensation Changes (September 1, 2010)," which is Bates stamped WF-COOK-01306094 and which was produced by Defendants in discovery in this lawsuit.

13. Attached hereto as Exhibit 114 is a true and correct copy of the "Joint Motion for Terminating the Consent Order and Statement of Points and Authorities," filed September 14, 2016 in *U.S. v. Wells Fargo Bank, N.A.,* No. 1:12-CV-01150-JDB (D.D.C. Sept. 14, 2016).

14. Attached hereto as Exhibit 115 is a true and correct copy of a document titled "Institutional Lending Wholesale Pricing Policy," which is Bates stamped WF-COOK-00440227 and which was produced by Defendants in discovery in this lawsuit.

15. Attached hereto as Exhibit 116 is a true and correct copy of a document titled "Cook County 2013 Appropriation Bill, Vol. I" The full version of document marked as Exhibit 116 can be accessed at https://opendocs.cookcountyil.gov/budget/archive/ FY13-County-Budget-Volume-I-2-032113.pdf (last visited on May 17, 2022).

3

16. Attached hereto as Exhibit 117 is a document containing true and correct copies of excerpts of the deposition of Sojourner Colbert, which occurred on May 28, 2021.

17. Attached hereto as Exhibit 118 is a true and correct copy of the Expert Report of Dr. Gary Lacefield (In Response to the Expert Report of Bernard Siskin), dated October 13, 2021.

18. Attached hereto as Exhibit 119 is a true and correct copy of Appendix 8 of the Expert Report of Dr. Gary Lacefield, dated July 30, 2012. The document marked as Exhibit 119 is a duplicate of the document marked at Exhibit 61 in the Declaration of Abram Moore in support of Defendants' Rule 56.1 Statement of Material Facts [ECF No. 620], revised only to provide row numbers within the table for ease of reference.

19. Attached hereto as Exhibit 120 is a document containing true and correct copies of excerpts of the deposition of Kevin Gardner, which occurred on March 16, 2021.

20. Attached hereto as Exhibit 121 is a true and correct copy of the Declaration of Bernard R. Siskin, Ph.D., dated May 25, 2022.

21. Attached hereto as Exhibit 122 is a true and correct copy of Exhibit 3 ("Materials Relied On") to the Expert Report of Dr. Charles D. Cowan (Liability), dated July 30, 2021.

22. Attached hereto as Exhibit 123 is a true and correct copy of Appendix A of the Expert Report of Dr. Charles D. Cowan (Liability), dated July 30, 2021.

23. Attached hereto as Exhibit 124 is a true and correct copy of email correspondence between A. Moore and R. Wallner regarding blog posts authored by Brian Montgomery, dated December 8, 2021.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 27, 2022.

                                                        */s/ Abram I. Moore*
                                                      Abram I. Moore

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

                                                                    */s/ Abram I. Moore*
                                                                    Abram I. Moore