UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | Case No. 14-cv-9548 |
| Plaintiff, ) | |
| v. ) | Hon. Gary Feinerman |
| ) | |
| WELLS FARGO & CO., et al., ) | Mag. Judge Mary Rowland |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Wells Fargo & Co., Wells Fargo Financial, Inc., and Wells Fargo Bank, N.A., respectfully submit this Notice of Supplemental Authority as relevant to their Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 (Dkt. No. 617).

On June 8, 2022, Freddie Mac and Fannie Mae ("GSEs") released their Equitable Housing Finance Plans (the "Plans") for 2022-2024, affirming their commitment to addressing racial and ethnic disparities in homeownership.[1] (Attached hereto as **Exhibits A** ("Freddie Plan") and **B** ("Fannie Plan"), respectively.) The Plans, which were not yet available when Wells Fargo filed its reply in support of summary judgment on May 27, 2022 or when the Court began to hear oral argument on June 7, 2022, are relevant to the following matters that the County has raised in response to Wells Fargo's Motion for Summary Judgment:

- the government policy of encouraging affirmative marketing to minorities (*see, e.g.*, Ex. A, Freddie Plan, at 19, 30-33, 44-45; Ex. B, Fannie Plan, at 18-19, 34, 37, 41, 46, 48, 54);

---

[1] The plans were submitted to the Federal Housing Finance Agency (FHFA), and are made publicly available by FHFA at https://www.fhfa.gov/Media/PublicAffairs/Pages/FHFA-Announces-Equitable-Housing-Finance-Plans--for-Fannie-Mae-and-Freddie-Mac.aspx.

1

- the propriety of using minority models in advertisements (*see, e.g.*, Ex. A, Freddie Plan, *passim*; Ex. B, Fannie Plan, *passim*);

- the permissibility of conducting outreach and homebuyer education programming through trusted sources (*see, e.g.*, Ex. A, Freddie Plan, at 27, 30, 32-33; Ex. B, Fannie Plan, at 2-3, 12-13, 18, 34-35, 37, 41, 46, 48, 54); and

- the utility of researching minority areas to determine obstacles to homeownership and ensure a presence in those areas (*see, e.g.*, Ex. A, Freddie Plan, at 6-7, 9, 13-14, 92; Ex. B, Fannie Plan, at 8, 11, 16, 40, 51).

Dated: June 15, 2022

Respectfully submitted,

WELLS FARGO & CO., WELLS FARGO FINANCIAL, INC., AND WELLS FARGO BANK, N.A.

BY: */s/ Abram I. Moore*

K&L GATES LLP
Paul F. Hancock
paul.hancock@klgates.com
Olivia Kelman
olivia.kelman@klgates.com
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33131-2399
Tel: (305) 539-3378

Abram I. Moore
abe.moore@klgates.com
Nicole C. Mueller
nicole.mueller@klgates.com
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Tel: (312) 372-1121

KATTEN MUCHIN ROSEMANN LLP
Sheldon T. Zenner
sheldon.zenner@katten.com

Peter G. Wilson
peter.wilson@katten.com
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5200

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

*/s/ Abram I. Moore*