**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| COUNTY OF COOK, | ) | Case No. 1:14-cv-09548 |
|  | ) |  |
| Plaintiff, | ) | Hon. Gary Feinerman |
| v. | ) |  |
|  | ) |  |
| WELLS FARGO & CO., et al. | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**[PROPOSED] ORDER**

Upon consideration of the motion for leave to withdraw the appearance of David J. Worley

as counsel for the Plaintiff, it is hereby

ORDERED that the motion is GRANTED.


_____                          _____
Date                                                                     Hon. Gary Feinerman
                                                                            United States District Judge