UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COUNTY OF COOK, ) | |
| ) | Case No. 1:14-cv-09548 |
| Plaintiff, ) | |
| ) | Hon. Gary Feinerman |
| v. ) | |
| ) | |
| ) | |
| WELLS FARGO & CO., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH
LOCAL RULE 54.3 AND TO SUBMIT ANY MOTION SEEKING
ATTORNEY'S FEES AND NONTAXABLE EXPENSES**

Defendants Wells Fargo & Co., Wells Fargo Financial, Inc., and Wells Fargo Bank, N.A. (collectively, "Defendants" or "Wells Fargo") through their undersigned counsel, and with the consent of Plaintiff's counsel, respectfully request that this Court grant a 45-day extension of the deadlines set forth in United States District Court for the Northern District of Illinois Local Rule 54.3 ("Local Rule 54.3") in connection with a motion seeking an award of attorney's fees and related nontaxable expenses. In support of their motion, Defendants state as follows:

1. On December 19, 2022, the Court entered judgement for Wells Fargo in this matter. *See* Dkt. 730.

2. Local Rule 54.3 governs the procedure and timing for the parties to confer in the event that Wells Fargo seeks the recovery of any fees and/or nontaxable costs incurred in connection with this dispute. The current schedule for completing these procedures is as follows:

| Task | Current Deadline |
|---|---|
| Wells Fargo to provide information listed in Local Rule 54.3(d)(1)-(3) | 21 days after entry of judgment, or January 9, 2023 |

| | |
|---|---|
| If no agreement is reached, County to disclose information listed in Local Rule 54.3(d)(5) | 21 days after receipt of information from Wells Fargo |
| Parties to specifically identify all hours, billing rates, or related nontaxable expenses that will and will not be objected to, the basis of any objections, and the specific hours, billing rates, and related nontaxable expenses that in the parties' respective views are reasonable and should be compensated | 14 days after Plaintiff's disclosure |
| Parties to prepare joint statement described in Local Rule 54.3(e) | No later than 70 days after entry of judgment, or February 27, 2023 |
| Wells Fargo to file motion for fees and/or nontaxable costs | No later than 91 days after entry of judgment, or March 20, 2023 |

3. Wells Fargo is continuing to evaluate which fees and expenses—if any—it intends to seek as a result of the Court's judgment. Due in part to the lengthy and expansive nature of this litigation, and due to the planned holiday vacations and resulting unavailability of Wells Fargo officials and counsel, Wells Fargo needs additional time to complete this process.

4. Wells Fargo seeks a 45-day extension of the deadlines set forth in Local Rule 54.3. If the Court grants this Motion, the schedule would be amended as follows:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Wells Fargo to provide information listed in Local Rule 54.3(d)(1)-(3) | January 9, 2023 | February 23, 2023 |
| If no agreement is reached, County to disclose information listed in Local Rule 54.3(d)(5) | 21 days after receipt of above information | 21 days after receipt of information from Wells Fargo |
| Parties to specifically identify all hours, billing rates, or related nontaxable expenses that will and will not be objected to, the basis of any objections, and the specific hours, billing rates, and related nontaxable expenses that in the parties' respective views are reasonable and should be compensated | 14 days after exchange of above information | 14 days after County's disclosure |

2

| Parties to prepare joint statement described in Local Rule 54.3(e) | No later than 70 days after entry of judgment, or February 27, 2023 | No later than 115 days after entry of judgment, or April 13, 2023 |
|---|---|---|
| Wells Fargo to file motion for fees and/or nontaxable costs | No later than 91 days after entry of judgment, or March 20, 2023 | No later than 136 days after entry of judgment, or May 4, 2023 |

5. Counsel for Wells Fargo conferred with counsel for Plaintiff regarding this Motion and Plaintiff has consented to the requested extension of time.

WHEREFORE, Defendants Wells Fargo & Co., Wells Fargo Financial, Inc., and Wells Fargo Bank, N.A. respectfully request that this Court enter an order granting their Motion for a 45-day extension of the deadlines set by Local Rule 54.3 in connection with a motion seeking an award of attorney's fees and related nontaxable expenses

Dated: December 22, 2022                                  Respectfully Submitted,

*/s/ Abram I. Moore*

K&L GATES LLP
Paul F. Hancock
Paul.Hancock@klgates.com
Olivia Kelman
Olivia.Kelman@klgates.com
200 South Biscayne Blvd., Suite 3900
Miami, Florida 33131-2399

Abram I. Moore
Abe.Moore@klgates.com
Nicole C. Mueller
Nicole.Mueller@klgates.com
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Tel: (312) 372-1211

KATTEN MUCHIN ROSENMNAN LLP
Sheldon T. Zenner
Sheldon.Zenner@katten.com
Peter G. Wilson
Peter.Wilson@katten.com

3

Sarah K. Weber
Sarah.Weber@katten.com
525 West Monroe Street
Chicago, Illinois 60661-3693
Tel: (312) 902-5200
Fax: (312) 902-1061

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2022, I caused a true and correct copy of the foregoing to be served upon counsel of record as of this date by filing same through the Court's ECF/CM system.

*/s/ Abram I. Moore*