# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

County of Cook

                    Plaintiff,

v.                                                Case No.: 1:14–cv–09548

                                                                Honorable Harry D. Leinenweber

Wells Fargo & Co., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motion to alter judgment [733] is withdrawn; Motion to amend/correct [738] is granted. [733] will be sealed and stricken as docket entries cannot be deleted. MOTION by Attorney Jennifer S. Czeisler to withdraw as attorney for County of Cook is granted [745]. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.